**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH M. PETTY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PA-C. SHOJAEI, et al.,<br><br>　　　　Defendants. | Case No. EDCV 12-1220 JAK (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice as to Defendant Normand Blier and without prejudice as to unserved Defendants C. Shojaei, John Almond and Gary Chaney.

DATED: December 23, 2014

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE